UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-20966-CIV-MORENO
(05-20791-CR-MORENO)

ANGEL RAMOS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITIONER'S MOTION TO VACATE SENTENCE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Motion to Vacate Sentence (**D.E. 1**), filed on **April 13, 2009**. The Magistrate Judge filed a Report and Recommendation (**D.E. 13**) on **March 4, 2011**. To date no objections to the Report and Recommendation have been filed. Accordingly, the Court having reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Petitioner's Motion to Vacate Sentence is DENIED and this case CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of March, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White
Counsel of Record

ANGEL RAMOS
  REG NO 65647-004
  FCI - FAIRTON
    FCI    PO BOX 420
    FAIRTON, NJ 08320